# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

147938 & (22)(24)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 147938
                                      COA: 314946
                                      St. Joseph CC: 99-009938-FC

RONALD ANTHONY THURMOND,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). We GRANT that part of the motion for miscellaneous relief asking to amend the application for leave to appeal, but DENY the other relief requested in the motion. The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      February 28, 2014



p0224

                                      Clerk